" We are all of opinion that the interlocutory judg- " ment be set aside."

———————

## APRIL TERM, 1798.

————

### *Kettletas* v. *North.*

JUDGMENT had been rendered for the defendant on verdict, but the roll had not been filed.

*Burr,* for the plaintiff, now suggested that he intended to bring a writ of error, and moved for a rule that the defendant procure the roll to be signed and filed in four days, or that the plaintiff have leave to do it.

Rule granted.